SO. CAL. EQUAL ACCESS GROUP
Jason J. Kim (SBN 190246)
Jason Yoon (SBN 306137)
Kevin Hong (SBN 299040)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 205-6560
cm@SoCalEAG.com

Attorneys for Plaintiff
OSCAR MAGALLANES

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSCAR MAGALLANES,<br><br>        Plaintiff,<br><br>   vs.<br><br>EFF RED BARN LIQUOR, INC.; 4550 GRAND LLC; and DOES 1 to 10,<br><br>        Defendants. | **Case No.: 8:24-cv-02012-MRA (KESx)**<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT EFF RED BARN LIQUOR, INC.** |

**PLEASE TAKE NOTICE** that Plaintiff OSCAR MAGALLANES ("Plaintiff") pursuant to Federal Rule of Civil Procedure Rule 41(a)(1) hereby voluntarily dismisses Defendant EFF RED BARN LIQUOR, INC. ("Defendant") *without prejudice* pursuant to Federal Rule of Civil Procedure Rule 41(a)(1) which provides in relevant part:

(a) **Voluntary Dismissal.**

    (1) *Without a Court Order*. Subject to Rules 23(e), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:

        (i) A notice of dismissal before the opposing party serves either an answer or a motion for summary judgment.

| | |
|---|---|
| 1 | Defendant has neither answered Plaintiff's Complaint, nor filed a motion for summary |
| 2 | judgment.  Accordingly, Defendant may be dismissed without an Order of the Court. |
| 3 | |
| 4 | |
| 5 | |
| 6 | DATED:  October 15, 2024           SO. CAL. EQUAL ACCESS GROUP |
| 7 | |
| 8 | By:     /s/   *Jason J. Kim* |
| 9 | Jason J. Kim |
| 10 | Attorneys for Plaintiff |

**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT**